IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 3:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal No. 02-20165-DA |
| ALVIN IRWIN MOSS, ET AL | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ON
UNOPPOSED MOTION OF THE UNITED STATES
FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSES
TO DEFENDANTS' MOTIONS TO DISMISS AND
BILL OF PARTICULARS**

This cause came on to be heard this date upon written motion of the United States for an extension of time in which to file its Responses to certain Defense Motions; and

**IT SATISFACTORILY APPEARING TO THE COURT**

1.  The United States is in receipt of Defendants' motions entitled (1) "Defendants' Memorandum In Support Of Evidentiary Hearing and Motion To Dismiss The Indictment"; (2) "Motion To Dismiss On The Basis Of Discovery Violations Which Have Deprived The Defendants Of Due Process, The Effective Assistance Of Counsel, And A Fair And Speedy Trial"; and (3) "Joint Motion For Bill Of Particulars".

2.  The United States is requesting an extension of time, until July 11, 2005, in which to file its written Responses to the above-referenced Defense Motions.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-1-05

(544)

3.      The United States has contacted counsel for Defendants, via communication through Kemper Durand, Esq., and informed counsel of the substance of the instant motion. The United States has been informed that Defense Counsel have no objection to such a request to the Court.

4.      That, for good cause shown, the said Motion of the United States should be granted;

**IT IS THEREFORE ORDERED** that the United States is to file its Responses to the three (3) above-referenced Defense Motions, on or before Monday, July 11, 2005.

**ENTER THIS 30 DAY OF JUNE, 2005.**

BERNICE BOUIE DONALD
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 544 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT