IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 02-20165 |
| MICHAEL ELLIOT COLE, ) | 05-20290 |
| Defendant. ) | |

**AGREED ORDER DISMISSING INDICTMENT NUMBER 02-20165**

Pursuant to the plea agreement of the parties, the oral motion of the United States, and for good cause shown, the motion to dismiss the indictment against this defendant is GRANTED.

It is hereby ORDERED that this case is dismissed as to the defendant Michael Elliot Cole.

ENTER this 30th day of August, 2005.

BERNICE BOUIE DONALD
United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

APPROVED FOR ENTRY:

By: _____
DAN L. NEWSOM
Senior Litigation Counsel
U.S. Attorney's Office, Western District of Tennessee

By: _____
CHRISTOPHER E. COTTON
Assistant United States Attorney
U.S. Attorney's Office, Western District of Tennessee

By: _____
WILLIAM D. MASSEY
Attorney for Michael Elliot Cole

By: _____
LORNA S. MCCLUSKY
Attorney for Michael Elliot Cole

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 621 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT