IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 02-20165 |
| MICHAEL ELLIOT COLE, ) | 05-20290 |
| ) | |
| Defendant. ) | |

FILED BY _____ D.C.

05 AUG 30 PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## AGREED ORDER RELEASING RESTRAINED ASSETS

In the Indictment in this case, at Count 89 the government alleged that various assets of Michel Elliot Cole were subject to forfeiture. Thereafter, pursuant to motions by the government, the Court entered various restraining Orders, including the "Second Amended Post-Indictment Restraining Order" which was entered in this case on January 15, 2003, as Docket Entry No. 117.

Pursuant to agreement of the government and Michael Elliot Cole, all Restraining Orders heretofore entered in this case involving Michael Elliot Cole are to be canceled and all assets of Michael Elliot Cole presently restrained are to be released.

One of the restrained assets is referred to the "Second Amended Post-Indictment Restraining Order" is known as the "Durango Ranch" [see page 46, paragraph a(1)]. This real property is owned by a Texas Limited Partnership; Stacy Layne Beavers and Michael Cole are the general partners while Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II are the limited partners.

Any interest of Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II, and Stacy Beavers in the Durango Ranch that is restrained should also be released.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

Therefore, by agreement of the parties, it is hereby **ORDERED** that

(1) The Court's "Second Amended Post-Indictment Restraining Order" is withdrawn insofar as it restrains any assets of Michael Elliot Cole; and

(2) There is no restraint upon the interests of Stacy Beavers, Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II in the real property known as the "Durango Ranch".

IT IS SO ORDERED this the 30th day of August, 2005.

BERNICE BOUIE DONALD
United States District Judge

APPROVED FOR ENTRY:

By: _____
DAN L. NEWSOM, Esq.
Senior Litigation Counsel
U.S. Attorney's Office
Western District of Tennessee

By: _____
CHRISTOPHER E. COTTON, Esq.
Assistant United States Attorney
U.S. Attorney's Office
Western District of Tennessee


By: _____
WILLIAM D. MASSEY
Attorney for Michael Elliot Cole

By: _____
LORNA S. MCCLUSKY
Attorney for Michael Elliot Cole

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 622 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT